**Fill in this information to identify the case:**

**Debtor 1**   Natalie Normyle

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the:** Northern   **District of**   Illinois
(State)

**Case number**   14-15331

---

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Ditech Financial LLC f/k/a Green Tree Servicing LLC

Court claim no. (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX8959

**Property address:**   13 N369 High Chapparal
Number     Street

Elgin, IL 60124
City     State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:   05/01/2019
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:   (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding   +(b) $ _____
c. **Total.** Add lines a and b   (c) $ _____

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:   _____
MM/DD/YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalie Normyle** | | Case number 14-15331 |
| | First Name  Middle Name  Last Name | | |

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| | ✗ /s/Toni  Townsend | Date | 5/9/2019 |
| | Signature | | |
| Print | Toni  Townsend | Title | Attorney for the Creditor |
| | First Name  Middle Name  Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | | |
|---|---|---|
| Address | 1 N. Dearborn Suite 1200 | |
| | Number       Street | |
| | Chicago, IL 60602 | |
| | City       State       Zip Code | |
| Contact phone | (312) 346-9088 X5174 | Email  Toni.Townsend@mccalla.com |

|  |  |
|---|---|
| In Re:   Natalie Normyle | Bankruptcy Case No.:   14-15331<br>Chapter:   13<br>Judge:   Janet S. Baer |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1 N. Dearborn Suite 1200, Chicago, IL 60602, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Natalie Normyle
13n369 High Chapparal Court
Elgin, IL 60124

Chad M. Hayward                              *(served via ECF Notification)*
The Law Offices of Chad M. Hayward, P.C.
50 S Main, Suite 200
Naperville, IL 60540

Glenn B Stearns, Trustee                     *(served via ECF Notification)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng                              *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   5/9/2019       By:   */s/Toni Townsend*
               (date)                Toni Townsend, Illinois BAR NO. 6289370
                                     Attorney for the Creditor

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190   8100M

151168309

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2641973

DATE: 08-13-15

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST:** The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

>   **DT Holdings LLC**, a Delaware limited liability company, and
>   **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

      **IN WITNESS WHEREOF,** said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

                                **GREEN TREE SERVICING LLC**

                                By: *[signature]*
                                Name: Wanda Lamb-Lindow
                                Title: Assistant Secretary

*[Certificate of Merger]*