IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| NATALIE NORMYLE, | ) | NO.: 14-15331 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: HON. JANET S. BAER |
| | ) | |

## NOTICE OF WITHDRAWAL OF NOTICE OF FINAL CURE

NOW COMES Ditech Financial LLC, by and through its attorney, McCalla Raymer Leibert Pierce, LLC, and respectfully moves this Court to allow it to withdraw the Notice of Final Cure filed on May 9, 2019, docket entry #38. The Response to Notice of Final Mortgage Cure has already been properly filed on the claims register and linked to claim #9.

Respectfully Submitted,
Ditech Financial LLC

*/s/Toni    Townsend*
Toni    Townsend
ARDC# 6289370

McCalla Raymer Leibert Pierce, LLC
Attorneys for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
(312) 551-4400 (fax)
**Bankruptcy Department**
File No. GTFS-19-01332

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| NATALIE NORMYLE, | ) | NO.: 14-15331 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: HON. JANET S. BAER |
| | ) | |

**CERTIFICATE OF SERVICE**

TO:   SEE ATTACHED ADDRESSES

**CERTIFICATION**

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on May 10, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Toni    Townsend*
Toni    Townsend
ARDC# 6289370

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

File No. GTFS-19-01332

# SERVICE LIST

To Debtor:
Natalie Normyle                                    *(served via U.S. Mail)*
13n369 High Chapparal Ct
Elgin, IL 60124

To Attorney:
Chad M. Hayward                                    *(served via ECF Notification)*
The Law Offices of Chad M. Hayward, P.C.
50 S Main
Suite 200
Naperville, IL 60540

To Trustee:
Glenn B Stearns                                    *(served via ECF Notification)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

To U.S. Trustee:
Patrick S Layng                                    *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. GTFS-19-01332